# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CORNELL LEWIS EMANUEL,

    Petitioner,

-vs-                                        Case No.  8:09-cv-1907-WFJ-TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## ORDER

    Before the Court is Mr. Emanuel's construed motion for reconsideration under Rule 60(b)(6), Fed.R.Civ.P. (Doc. 19). The motion is **DENIED** because it was not filed within a reasonable time after Mr. Emanuel's habeas petition was dismissed in 2010, and Mr. Emanuel fails to demonstrate extraordinary circumstances to warrant relief. *See Ramsey v. Walker*, 304 F. App'x. 827, 828 (11th Cir. 2008) (motions under Rule 60(b)(6) must be filed within a "reasonable time ... after the entry of the judgment or order" and must "demonstrate that the circumstances are sufficiently extraordinary to warrant relief." To the extent it may be required under the circumstances, a certificate of appealability is **DENIED**. See Rule 11, Rules Governing Section 2254 Proceedings; 28 U.S.C. § 2253(c)(2) (A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right.").

    **ORDERED** in Tampa, Florida, on January 10, 2023.

                                                      */s/ William F. Jung*
                                                      WILLIAM F. JUNG
                                                      UNITED STATES DISTRICT JUDGE

Copy to: Cornell Lewis Emanuel, *pro se*